UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6060-CR-ZLOCH

OLLIE WALLACE,

    Appellant,

vs.  **O R D E R**

UNITED STATES OF AMERICA,

    Appellee.
_____/

    THIS MATTER is before the Court upon Appellant Ollie Wallace's Motion For Reconsideration (DE 212) and Appellant Ollie Wallace's Supplemental Motion (DE 214), which the Court construes as a Motion For Reconsideration.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    According to Federal Rule of Appellate Procedure 24, a party to a district court action who desires to appeal in forma pauperis must file a motion with an attached affidavit (1) showing in detail the party's inability to pay or give security for fees and costs, (2) claiming an entitlement to redress, and (3) stating the issues that the party intends to present on appeal.  A review of the instant Motion (DE 212), as well as the entire court file herein reveals that Plaintiff attached no affidavit to the instant Motion, and that none of the requirements of Federal Rule of Appellate Procedure 24 have been satisfied in the filing of the same. Additionally, the Court finds no merit in the arguments made in the

instant Supplemental Motion (DE 214).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Appellant Ollie Wallace's Motion For Reconsideration (DE 212) and Appellant Ollie Wallace's Supplemental Motion (DE 214), which the Court construes as a Motion For Reconsideration be and the same are hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___6th___ day of January, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Ollie Wallace, Pro Se
# 55696-004
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

2